**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MICHAEL C. WORSHAM,** | * |
| Plaintiff | * |
| v. | *   CIVIL NO. JKB-10-3051 |
| **ACCT. RECEIVABLES MGMT., INC.,** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

In accordance with the foregoing memorandum, the United States District Court for the District of Maryland HEREBY ORDERS:

1. Defendant's motion to exclude evidence (ECF No. 45) is GRANTED IN PART AND DENIED IN PART;

2. Plaintiff's motion to compel responses to requests for admission (ECF No. 35) is DENIED AS MOOT;

3. Plaintiff's motion for summary judgment (ECF No. 34) is DENIED;

4. Defendant's motion for summary judgment (ECF No. 36) is GRANTED; and

5. The Clerk shall CLOSE this case.

DATED this 22nd day of November, 2011.

BY THE COURT:

/s/
James K. Bredar
United States District Judge