UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL C. WORSHAM | * |
| *Plaintiff* | * |
| v. | *    Case #: JKB-10-3051 |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC. | * |
| | * |
| *Defendant* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Michael C. Worsham files his Notice of Appeal of the November 22, 2011 Memorandum opinion and Order (ECF #49 and #50) granting Defendant summary judgment. The appropriate fee is being provided.

Respectfully submitted,

/s/ *Michael C. Worsham*

Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192
Fax: (410) 510-1870
mcw @ worshamlaw.com
Federal Bar #25923
*Plaintiff pro se*

### CERTIFICATE OF SERVICE

On December 15, 2011 a copy of this document was served through the Court's ECF system.

/s/
Michael C. Worsham