FILED: December 20, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2390

(1:10-cv-03051-JKB)

_____

MICHAEL C. WORSHAM

      Plaintiff - Appellant

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:10-cv-03051-JKB |
| Date notice of appeal filed in originating court | 12/15/2011 |
| Appellant(s) | Michael C. Worsham |
| Appellate Case Number | 11-2390 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |